GLAZIER YEE LLLP
BRIAN T. CLARK, SBN 184003
235 Montgomery Street, Suite 960
San Francisco, CA 94104
Telephone:    (415) 356-1100
Facsimile:    (415) 356-1105
Email:        clark@glazieryee.com

Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  3:13-cv-01202-MEJ<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

By this Stipulation and Proposed Order, the parties respectfully request that the time for defendant to answer, move or otherwise respond to the Complaint be extended, and the Initial Case Management Conference be adjourned, for the reasons stated below:

WHEREAS, the Complaint was filed on March 18, 2013; and

WHEREAS, the time for defendant to answer, move or otherwise respond to the Complaint expires on May 17, 2013 under a Stipulation which has been electronically filed with the Court [ECF No. 7]; and

WHEREAS, the parties are currently engaged in settlement discussions, have held one meeting to explore settlement and are continuing to pursue those discussions; and

WHEREAS, the parties wish to continue their settlement discussions over the next 30 days, rather than invest time and resources in litigation; and

WHEREAS, the parties have therefore agreed on an extension of the deadline for defendant to answer, move or otherwise respond to the Complaint through June 17, 2013; and

WHEREAS, the Court has scheduled an Initial Case Management Conference for June 27, 2013 @ 10:00 a.m.; and

WHEREAS, the parties seek the extension and adjournment to allow them to focus on the settlement discussions;

NOW THEREFORE, the parties hereby agree and stipulate to an extension of the date by which defendant must answer, move or otherwise respond to the Complaint through and including June 17, 2013, and request that the Court adjourn the Initial Case Management Conference to a date at least 35 days after June 17, 2013.


Dated:  May 9, 2013                              GLAZIER YEE LLLP

                                                 By: /s/ Brian T. Clark
                                                 Brian T. Clark, SBN 184003
                                                 235 Montgomery Street, Suite 960
                                                 San Francisco, California  94104
                                                 Phone: (415) 356-1100
                                                 Fax:    (415) 356-1105
                                                 Email: clark@glazieryee.com

                                                 Attorneys for Defendant
                                                 Reliance Standard Life Insurance Company


Dated:  May 9, 2013                              LEE TRAN & LIANG APLC

                                                 By: /s/ James M. Lee
                                                 James M. Lee, SBN 192301
                                                 601 South Figueroa Street, Suite 4025
                                                 Los Angeles, California 90017
                                                 Phone: (213) 612-3737
                                                 Fax:    (213) 612-3773
                                                 Email:  james.lee@ltlattorneys.com

                                                 Attorneys for Plaintiff
                                                 Actuate Corporation

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court's March 18, 2013 Order Setting Initial Case Management Conference is modified as follows:

1.      The June 27, 2013 Initial Case Management Conference shall be continued to August 8, 2013 at 10:00 a.m., in Courtroom B, 15th Floor.

2.      Defendant shall answer, move or otherwise respond to the Complaint on or before June 17, 2013.

3.      The parties shall file their Rule 26(f) Report and complete their initial disclosures under Fed.R.Civ.P. 26(a)(1) no later than seven (7) days before the Initial Case Management Conference.

Dated: ___May 9, 2013___

_____
The Honorable Maria-Elena James

3