1  BINGHAM McCUTCHEN LLP
   Geoffrey M. Howard (SBN 157468)
2  geoff.howard@bingham.com
   John A. Polito (SBN 253195)
3  john.polito@bingham.com
   Three Embarcadero Center
4  San Francisco, California  94111-4067
   Telephone:      415.393.2000
5  Facsimile:      415.393.2286

6  Attorneys for Defendant
   Reliance Standard Life Insurance Company

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  ACTUATE CORPORATION, a California          No. 3:13-cv-1202-MEJ
    corporation,
13                                             **THIRD STIPULATION AND**
                    Plaintiff,                 **[PROPOSED] ORDER EXTENDING**
14                                             **TIME FOR DEFENDANT TO**
              v.                               **RESPOND TO COMPLAINT AND**
15                                             **ADJOURNING INITIAL CASE**
    RELIANCE STANDARD LIFE INSURANCE           **MANAGEMENT CONFERENCE**
16  COMPANY,
                                               Judge:      Hon. Maria-Elena James
17                  Defendant.                 Place:      Courtroom B, 15th Floor

18

19

20

21

22

23

24

25

26

27

28

1    By this Stipulation and Proposed Order, the parties respectfully request that the time for

2    Defendant to answer, move or otherwise respond to the Complaint be extended, and the Initial

3    Case Management Conference be adjourned, for the reasons stated below:

4    WHEREAS, the Complaint was filed on March 18, 2013; WHEREAS, the time for

5    Defendant to answer, move or otherwise respond to the Complaint was first extended to May 17,

6    2013 by stipulation [ECF No. 7];

7    WHEREAS, the time for Defendant to answer, move or otherwise respond to the

8    Complaint was next extended to June 17, 2013 by stipulation and Order of this Court [ECF

9    No. 9];

10    WHEREAS, the parties have engaged in settlement discussions;

11    WHEREAS, the parties have reached an agreement in principle and are in the process of

12    negotiating a settlement agreement;

13    WHEREAS, the parties have therefore agreed on an extension of the deadline for

14    Defendant to answer, move or otherwise respond to the Complaint through July 1, 2013;

15    WHEREAS, the Court has scheduled an Initial Case Management Conference for August

16    8, 2013 at 10:00 a.m. [ECF No. 9]; and

17    WHEREAS, the parties seek the extension and adjournment to allow them to focus on

18    finalizing the settlement agreement;

19    NOW THEREFORE, the parties hereby agree and stipulate to an extension of the date by

20    which Defendant must answer, move or otherwise respond to the Complaint through and

21    including July 1, 2013, and request that the Court adjourn the Initial Case Management

22    Conference to a date at least 35 days after July 1, 2013.

23

24

25

26

27

28

1  DATED: June 12, 2013

2

3                                                      Bingham McCutchen LLP

4

5                                                      By: _____/s/ John A. Polito_____
                                                                    John A. Polito
6                                                            john.polito@bingham.com
                                                            Attorneys for Defendant
7                                                            Reliance Standard Life
                                                            Insurance Company
8

9                                                      LEE TRAN & LIANG APLC

10

11                                                     By: _____/s/ James M. Lee_____
                                                            James M. Lee, SBN 192301
12                                                          601 S. Figueroa St., Suite 4025
                                                            Los Angeles, CA 20017
13                                                          Phone:    (213) 612-3737
                                                            Fax:      (213) 612-3773
14                                                          james.lee@ltlattorneys.com
                                                            Attorneys for Plaintiff
15                                                          Actuate Corporation

16                      <u>**ATTESTATION OF CONCURRENCE IN FILING**</u>

17  Pursuant to Local Rule 5-1(i)(3), regarding non-filing signatories, I hereby attest that I have

18  obtained concurrence from James M. Lee in the filing of this document.

19  DATED: June 12, 2013                            Bingham McCutchen LLP

20

21                                                     By: _____/s/ John A. Polito_____
                                                                    John A. Polito
22                                                          john.polito@bingham.com
                                                            Attorneys for Defendant
23                                                          Reliance Standard Life
                                                            Insurance Company
24

25

26

27

28

THIRD STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO
RESPOND TO COMPLAINT AND ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE

1

### [PROPOSED] ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court's May 9, 2013 Order is

3

modified as follows:

4

5
       1.     The August 8, 2013 Initial Case Management Conference shall be continued to

6
September 5, 2013 at 10:00 a.m., Courtroom B, 15th Floor. If the parties

7
settle prior to the CMC, they shall notify the Court immediately.
       2.     Defendant shall answer, move or otherwise respond to the Complaint on or before

8
July 1, 2013.

9
       3.     The parties shall file their Fed. R. Civ. P. 26(f) Report and complete their initial

10

disclosures under Fed. R. Civ. P. 26(a)(1) no later than seven (7) days before the Initial Case

11

Management Conference.

12

13

14

15
DATED: June 13, 2013 _____   _____
Hon. Maria-Elena James

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
AND ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE