BINGHAM McCUTCHEN LLP
Geoffrey M. Howard (SBN 157468)
geoff.howard@bingham.com
John A. Polito (SBN 253195)
john.polito@bingham.com
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:    415.393.2000
Facsimile:     415.393.2286

Attorneys for Defendant
Reliance Standard Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 3:13-cv-1202-MEJ<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:　　Hon. Maria-Elena James<br>Place:　　Courtroom B, 15th Floor |

1   By this Stipulation and Proposed Order, the parties respectfully request that the time for Defendant to answer, move or otherwise respond to the Complaint be extended, and the Initial Case Management Conference be adjourned, for the reasons stated below:

WHEREAS, the Complaint was filed on March 18, 2013; WHEREAS, the time for Defendant to answer, move or otherwise respond to the Complaint was first extended to May 17, 2013 by stipulation [ECF No. 7];

WHEREAS, the time for Defendant to answer, move or otherwise respond to the Complaint was next extended to June 17, 2013 by stipulation and Order of this Court [ECF No. 9];

WHEREAS, the parties have engaged in settlement discussions;

WHEREAS, the parties have reached an agreement in principle and are in the process of negotiating a settlement agreement;

WHEREAS, the parties have therefore agreed on an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint through July 1, 2013;

WHEREAS, the Court has scheduled an Initial Case Management Conference for August 8, 2013 at 10:00 a.m. [ECF No. 9]; and

WHEREAS, the parties seek the extension and adjournment to allow them to focus on finalizing the settlement agreement;

NOW THEREFORE, the parties hereby agree and stipulate to an extension of the date by which Defendant must answer, move or otherwise respond to the Complaint through and including July 1, 2013, and request that the Court adjourn the Initial Case Management Conference to a date at least 35 days after July 1, 2013.

Case No. 3:13-cv-1202-MEJ
[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
AND ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE

1  DATED:  June 12, 2013

2

3                                                    Bingham McCutchen LLP

4

5                                                    By:  _____/s/ John A. Polito_____
                                                           John A. Polito
6                                                          john.polito@bingham.com
                                                           Attorneys for Defendant
7                                                          Reliance Standard Life
                                                           Insurance Company
8

9                                                    LEE TRAN & LIANG APLC

10

11                                                   By:  _____/s/ James M. Lee_____
                                                           James M. Lee, SBN 192301
12                                                         601 S. Figueroa St., Suite 4025
                                                           Los Angeles, CA 20017
13                                                         Phone:   (213) 612-3737
                                                           Fax:     (213) 612-3773
14                                                         james.lee@ltlattorneys.com
                                                           Attorneys for Plaintiff
15                                                         Actuate Corporation

16              **ATTESTATION OF CONCURRENCE IN FILING**

17   Pursuant to Local Rule 5-1(i)(3), regarding non-filing signatories, I hereby attest that I have

18   obtained concurrence from James M. Lee in the filing of this document.

19   DATED:  June 12, 2013                           Bingham McCutchen LLP

20

21
                                                     By:  _____/s/ John A. Polito_____
22                                                         John A. Polito
                                                           john.polito@bingham.com
23                                                         Attorneys for Defendant
                                                           Reliance Standard Life
24                                                         Insurance Company

25

26

27

28
                                              2         Case No. 3:13-cv-1202-MEJ
       THIRD STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO
       RESPOND TO COMPLAINT AND ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court's May 9, 2013 Order is modified as follows:

1. The August 8, 2013 Initial Case Management Conference shall be continued to September 5, 2013 at 10:00 a.m., Courtroom B, 15th Floor. If the parties settle prior to the CMC, they shall notify the Court immediately.

2. Defendant shall answer, move or otherwise respond to the Complaint on or before July 1, 2013.

3. The parties shall file their Fed. R. Civ. P. 26(f) Report and complete their initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than seven (7) days before the Initial Case Management Conference.

DATED: June 13, 2013          _____
                              Hon. Maria-Elena James