1  LEE TRAN & LIANG APLC
   James M. Lee (Bar No. 192301)
2  Cyrus Khojandpour (Bar No. 260233)
   601 S. Figueroa Street, Suite 4025
3  Los Angeles, CA 90017
   Tel: (213) 612-3737
4  Fax: (213) 612-3773
   Email: james.lee@ltlattorneys.com,
5           cyrus.khojandpour@ltlattorneys.com

6  Attorneys for Plaintiff
7  Actuate Corporation

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13

14

15  ACTUATE CORPORATION, a         ) CASE NO.: 3:13-cv-1202-MEJ
    Delaware corporation,          )
16                                 )
           Plaintiff,              ) **PLAINTIFF'S NOTICE OF**
17                                 ) **DISMISSAL WITH PREJUDICE**
      v.                           ) **PURSUANT TO FEDERAL**
18                                 ) **RULE OF CIVIL PROCEDURE**
                                   ) **41(a)(1)**
19  RELIANCE STANDARD LIFE         )
    INSURANCE COMPANY., an Illinois)
20  corporation; and DOES 1 through 10,)
                                   )
21         Defendants.             )
                                   )
22                                 )
                                   )
23                                 )

24

25                           GRANTED
                             [signature]
26                        Judge Maria-Elena James

27

28
                                        Dated: 7/1/2013

                                                    DISMISSAL

WHEREAS, Plaintiff Actuate Corporation ("Actuate") filed this action against Defendant Reliance Standard Life Insurance Company ("Reliance");

WHEREAS, Reliance has not yet answered the Complaint in this matter;

WHEREAS, the parties have settled the action;

NOW THEREFORE, pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(i) and the terms of the Agreement of the parties, Actuate, through its counsel of record hereby voluntarily dismisses the above-captioned action with prejudice. Pursuant to agreement of the parties, each party will bear its own costs, expenses, and legal fees.

DATED: June 28, 2013           LEE TRAN & LIANG APLC

By _____
James M. Lee
Cyrus Khojandpour
Attorneys for Plaintiff
Actuate Corporation

-1-

DISMISSAL