| | |
|---|---|
| 1 | LEE TRAN & LIANG APLC |
| 2 | James M. Lee (Bar No. 192301)<br>  Cyrus Khojandpour (Bar No. 260233) |
| 3 | 601 S. Figueroa Street, Suite 4025<br>Los Angeles, CA 90017 |
| 4 | Tel: (213) 612-3737<br>Fax: (213) 612-3773 |
| 5 | Email: james.lee@ ltlattorneys.com ,<br>        cyrus.khojandpour@ltlattorneys.com |
| 6 | Attorneys for Plaintiff |
| 7 | Actuate Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a Delaware corporation, | ) CASE NO.: 3:13-cv-1202-MEJ<br>)<br>) |
| Plaintiff, | ) **PLAINTIFF'S NOTICE OF**<br>) **DISMISSAL WITH PREJUDICE**<br>) **PURSUANT TO FEDERAL** |
| v. | ) **RULE OF CIVIL PROCEDURE**<br>) **41(a)(1)**<br>) |
| RELIANCE STANDARD LIFE INSURANCE COMPANY., an Illinois corporation; and DOES 1 through 10, | )<br>)<br>) |
| Defendants. | )<br>) |

GRANTED

Judge Maria-Elena James

Dated: 7/1/2013

DISMISSAL

1  WHEREAS, Plaintiff Actuate Corporation ("Actuate") filed this action
2 against Defendant Reliance Standard Life Insurance Company ("Reliance");
3  WHEREAS, Reliance has not yet answered the Complaint in this matter;
4  WHEREAS, the parties have settled the action;
5  NOW THEREFORE, pursuant to *Federal Rule of Civil Procedure*
6 41(a)(1)(A)(i) and the terms of the Agreement of the parties, Actuate, through its
7 counsel of record hereby voluntarily dismisses the above-captioned action with
8 prejudice.  Pursuant to agreement of the parties, each party will bear its own costs,
9 expenses, and legal fees.

12  DATED:  June 28, 2013                    LEE TRAN & LIANG APLC

15                                      By_____
16                                         James M. Lee
                                          Cyrus Khojandpour
17                                         Attorneys for Plaintiff
                                          Actuate Corporation

-1-

DISMISSAL